UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INFINITY TRANSPORTATION
MSN 6651, LLC,

                    Plaintiff,                                Case No.


          -against-

SYNERGY AEROSPACE CORP.,

                    Defendant.

---

## **RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Infinity Transportation MSN 6651, LLC ("Lessor") hereby certifies under penalties of perjury pursuant to 28 U.S.C. § 1746 that Lessor is wholly owned by a limited liability company, which is wholly owned by a second limited liability company, which is wholly owned by Dublin Asset Holdings Member, Inc.

Dated: January 8, 2019                    Respectfully submitted,

                                          VEDDER PRICE P.C.


                                          By:  s/ Daniel C. Green
                                               Daniel C. Green
                                               dgreen@vedderprice.com
                                               1633 Broadway, 31st Floor
                                               New York, New York 10019
                                               T:  +1 212 407 7700
                                               F:  +1 212 407 7799

                                               James V. Garvey
                                               (*pro hac vice* application forthcoming)
                                               jgarvey@vedderprice.com
                                               222 North LaSalle Street
                                               Chicago, Illinois 60601
                                               T:  + 312 609 7500
                                               F:  + 312 609 5005

                                               Attorneys for Plaintiff
                                               INFINITY TRANSPORTATION
                                               MSN 6651, LLC