USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INFINITY TRANSPORTATION MSN 6651, LLC, | |
| Plaintiff, | No. 19-CV-209 (RA) |
| v. | ORDER |
| SYNERGY AEROSPACE CORP., | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

On August 24 and 25, 2020, Plaintiff filed a motion for entry of default judgment against Defendant, a supporting declaration by David C. Green, a proposed certificate of default, and two certificates of service attesting to service thereof on Defendant. Dkts. 59-62, 64. On August 25, 2020, the Clerk issued a certificate of default. Dkt. 63. On August 26, 2020, the Court extended Defendant's deadline to file a letter stating whether it consents to its counsel's motion to withdraw to September 16, 2020, and if so, extended its deadline to appear through new counsel to September 23, 2020. Dkt. 65. Plaintiff filed a certificate of service attesting to service of the Court's August 26, 2020 Order on Defendant on August 27, 2020. After Defendant failed to comply with the deadlines provided in the Court's August 26, 2020 Order, Plaintiff filed an additional motion for default judgment and supporting declaration by David C. Green on September 24, 2020. Dkts. 67-68. It is hereby:

ORDERED that Plaintiff shall serve a copy of its motion for default judgment, any supporting papers, and this Order on Defendant by **October 16, 2020** by the methods described

in the Federal Rules of Civil Procedure. Plaintiff shall file promptly proof of such service with the Court.

    IT IS FURTHER ORDERED that answering papers, if any, should be filed and served by Defendant upon Plaintiff by October 30, 2020.

    In light of the COVID-19 pandemic, the Court will resolve this matter on the papers instead of holding a show-cause hearing.

SO ORDERED.

Dated:    September 25, 2020
           New York, New York

                                        Ronnie Abrams
                                        United States District Judge