UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INFINITY TRANSPORTATION MSN 6651, LLC,

                      Plaintiff,

    -against-

SYNERGY AEROSPACE CORP,

                      Defendant.
-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 4/19/2021

19-CV-0209 (RA)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On February 1, 2021, the Honorable Ronnie Abrams referred this case to my docket to conduct an inquest and to report and recommend concerning Plaintiff's damages after entering a default judgment as to liability against Defendant. ECF No. 73. On March 12, 2021, Plaintiff filed its Proposed Findings of Fact and Conclusions of Law. ECF No. 78. In its concurrently filed certificate of service, Plaintiff indicated that it had mailed Defendant the papers in support of its Proposed Findings of Fact and Conclusions of Law on March 12, 2021. ECF No. 79. Accordingly, Defendant's response, if any, was to be filed no later than April 14, 2021. Because Defendant has made no such filing, this matter is now fully briefed.

      Plaintiff is directed to mail this order to Defendant's last known address and file proof of service.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:    April 19, 2021
               New York, New York