UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

INFINITY TRANSPORTATION
MSN 6651, LLC,

                              Plaintiff,                                 19-CV-00209 (RA)(SN)

          -against-                                          **ORDER**

SYNERGY AEROSPACE CORP.,

                              Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On March 12, 2021, Plaintiff filed its Proposed Findings of Fact and Conclusions of Law. ECF No. 78. As part of this filing, Plaintiff provided a "Fee Detail Report" of work performed by Vedder Price attorneys in connection with this litigation. See ECF No. 78, Ex. 10.

      Plaintiff is ORDERED to provide the Court with additional briefing indicating 1) the full name of each attorney listed in the invoice as well as their position at the firm, 2) the hourly rate and total hours worked by each attorney, and 3) relevant information pertaining to their professional backgrounds. Plaintiff shall make this filing no later than February 16, 2023.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:       February 9, 2023
                 New York, New York