UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INFINITY TRANSPORTATION MSN 6651, LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>SYNERGY AEROSPACE CORP.,<br><br>                  Defendant. | No. 19-CV-209 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      On February 24, 2023, Magistrate Judge Netburn issued a Report and Recommendation (the "Report") in this matter, recommending that the Court award Plaintiff a total of $17,716,013.04, a sum that included attorneys' fees in the amount of $248,947.85. Prior to issuing her Report, Judge Netburn ordered Plaintiff to provide the Court with additional briefing indicating the names of its attorneys, as well as their hours and hourly rates. Plaintiff filed a supplemental declaration in response to Judge Netburn's order on February 15, 2023. Dkt. 83. On April 5, 2023, after neither party filed an objection to Judge Netburn's Report, the Court issued an Order adopting Judge Netburn's Report in full. Dkt. 86.

      It has since come to the Court's attention, however, that the amount of attorneys' fees recommended in the Report and adopted in this Court's April 5 Order slightly exceeds the amount sought in Plaintiff's February 15, 2023 supplemental declaration. Having reviewed Plaintiff's supplemental declaration again, the Court finds that Plaintiff is entitled to $248,833.33 in attorneys' fees, which consists of $262,924 in fees for Plaintiff's attorneys, Dkt. 83 ¶¶ 7–15, and $6,085 for paralegals and other staff, *id.* ¶¶ 17–21, all discounted by 7.5%, *id.* ¶ 6.

Accordingly, Plaintiff is awarded $17,715,871.52 as follows: $12,567,527.00 in lease-related damages; $3,720,851.94 in out-of-pocket damages; $248,833.33 in attorneys' fees; $1,500.89 in costs; and $1,177,158.36 for prejudgment interest on the lease-related damages. The Clerk of Court is respectfully directed to enter judgment accordingly and close this case.

SO ORDERED.

Dated:    April 13, 2023
          New York, New York

_____
Ronnie Abrams
United States District Judge