UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

INFINITY TRANSPORTATION MSN 6651, LLC,

                Plaintiff,                      19 **CIVIL** 209 ( RA)(SN)

     -against-                                         **JUDGMENT**

SYNERGY AEROSPACE CORP.,

                Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 05, 2023 and April 13, 2023, the Court adopts the Report & Recommendation in its entirety. Accordingly, Plaintiff is awarded $17,715,871.52 as follows: $12,567,527.00 in lease-related damages; $3,720,851.94 in out-of-pocket damages; $248,833.33 in attorneys' fees; $1,500.89 in costs; and $1,177,158.36 for prejudgment interest on the lease-related damages; Therefore, the case is closed.

**Dated:**  New York, New York
         April 14, 2023

                                                                       **RUBY J. KRAJICK**

                                                                        **Clerk of Court**

                                              **BY:**

                                                                        **Deputy Clerk**